**Order entered January 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01528-CV

**WONYOUNG KIM, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08792**

## ORDER

Before the Court is the January 3, 2019 request of Deputy Official Court Reporter Robin Worley for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 17, 2019**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE